**Order entered October 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01489-CR

**WILLIAM PAUL LANGRUM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1160330-L**

## ORDER

The State's motion for an extension of time in which to file its brief is **GRANTED**. The brief, which was filed with its motion on October 3, 2014, is considered timely filed as of the date received.

/s/    ELIZABETH LANG-MIERS
         PRESIDING JUSTICE